THE STATE OF SOUTH CAROLINA

 THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,                                          
 Respondent,
 
 
 

v.

 
 
 
George Crain, Jr.,                             Appellant.
 
 
 

Appeal From Sumter County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-082
Submitted December 23, 2003  Filed February 12, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 SC Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

                                   

 PER CURIAM: George Crain, Jr. appeals from an order 
 of restitution following his conviction and sentence for conspiracy and receiving 
 stolen goods.  Counsel for Crain attached to the final brief of the appellant 
 a petition to be relieved as counsel, stating she had reviewed the record and 
 concluded his appeal is without merit.  Crain filed a pro se response. 

After a review of the record pursuant to Anders v. California [1] and State v. Williams, [2] we dismiss Crains appeal and grant 
 counsels petition to be relieved. 
 [3] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
           [1] 
 386 U.S. 738 (1967).

 
           [2] 
 305 S.C. 116 (1991).

 
           [3] 
 Because oral argument would not aid the court in resolving any issue on appeal, 
 we decide this case without oral argument pursuant to Rules 215, and 220(b)(2), 
 SCACR.